IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kenneth McPherson  *

    Plaintiff

    *

vs.                                  Civil Action No.  SAG-20-795

    *

Baltimore Police Department, et al.

    *

    Defendants

******

## ORDER

Plaintiff has filed a motion to compel the State's Attorney's Office ("the SAO") to respond fully to a subpoena, ECF 45.  The SAO filed an opposition, ECF 53, and Plaintiff filed a reply. ECF 54.  No hearing is necessary to resolve this motion.  *See* Loc. R. 105.6 (D. Md. 2018).

The SAO has not articulated any case-specific reason for withholding the subpoenaed information in this case, instead citing general propositions about protection of witnesses which appear unlikely to be applicable in a case of this age.  Accordingly, Plaintiff's motion, ECF 45, will be **GRANTED**.  On or before **June 1, 2021**, the SAO shall produce the responsive information it withheld or redacted because it contained personal identifying information. All redacted personal identifying information, except Social Security numbers, shall be produced subject to the confidentiality order entered in this case, ECF 43-1.

Date: May 10, 2021                                                   /s/
                                                                Stephanie A. Gallagher
                                                                United States District Judge