## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| KENNETH MCPHERSON AND ERIC SIMMONS | ) ) ) | |
| | ) | Case No. 20-CV-00795-SAG |
| Plaintiff, | ) ) | |
| v. | ) ) | Hon. STEPHANIE GALLAGHER District Judge |
| BALTIMORE POLICE DEPARTMENT, *et al.*, | ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | | |

## **JOINT MOTION TO AMEND THE SCHEDULING ORDER**

NOW COME Plaintiffs, Kenneth McPherson and Eric Simmons, and Individual Defendants Robert Patton and Frank Barlow, by and through their attorneys, and move this Court to grant the parties' Joint Motion to Amend the Scheduling Order. In support, the parties state the following:

1.    On November 12, 2021, this Court granted the parties' joint request to modify the Court's initial scheduling order. Dkts. 38, 39.

2.    The modified schedule reads as follows:

- May 17, 2021 – Joinder/Amendment of Pleadings

- April 18, 2022 – Plaintiffs' Rule 26(a)(2) Disclosures

- June 2, 2022 – Defendants' Rule 26(a)(2) Disclosures

- June 16, 2022 – Plaintiffs' rebuttal Rule 26(a)(2) Disclosures

- June 23, 2022 – Rule 26(e)(2) Disclosures

- July 18, 2022 – Fact Discovery Deadline; Status Report

- July 25, 2022 – Requests for Admission

- August 15, 2022 – Dispositive Pretrial Motions

3.      The parties have been working diligently to meet the close of discovery deadline. To that end, the parties have conducted significant discovery, including taking multiple depositions of third-party witnesses, and the parties have exchanged written discovery and supplemental responses, plus third- party subpoenas. In the next two months, the parties have six depositions scheduled, including of the Officer Defendants, and expect to schedule six more in May.

4.      Based on the current scheduling order, the parties' Rule 26(a)(2) disclosures and Plaintiffs' rebuttal will be due prior to the conclusion of the discovery, which may create the need for the parties to disclose multiple supplemental reports as the facts of the case develop.

5.      To avoid this issue, the parties propose splitting the discovery scheduling into two phases – fact discovery and expert discovery. Therefore, the parties propose the following amended schedule:

- July 18, 2022 – Fact discovery deadline (inclusive of Rule 26(e)(2) disclosures and requests for admission)

- August 26, 2022 – Plaintiff's Rule 26(a)(2) disclosures

- September 26, 2022 – Defendants' Rule 26(a)(2) disclosures

- October 17, 2022 – Plaintiff's rebuttal Rule 26(a)(2) disclosures

- November 4, 2022 – Expert discovery deadline

- November 30, 2022 – Dispositive pretrial motions.

6.      Plaintiffs and Officer Defendants do not file this motion for the purpose of delay but rather because the additional time is essential for the parties to complete discovery.

WHEREFORE, the parties respectfully request that the Court grants the parties' Joint Motion to Amend the Scheduling Order.

Respectfully submitted,

KENNETH MCPHERSON AND ERIC

SIMMONS

By:    /s/ Renee Spence _____          /s/ Judson Arnold _____

*One of Plaintiff's Attorneys*          Judson Arnold
Jon Loevy                               Nathan & Kamionski LLP
Gayle Horn                              575 S. Charles St., Suite 402
Roshna Bala Keen                        Baltimore, MD 21201
Renee Spence                            410-885-4340
LOEVY & LOEVY                           jarnold@nklawllp.com
311 N. Aberdeen St.
Third Floor
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)
spence@loevy.com

## **CERTIFICATE OF SERVICE**

I, Renee Spence, an attorney, hereby certify that I filed the foregoing Motion via the Court's CM/ECF system on April 8, 2022, and thereby served a copy on all counsel of record.

/s/ Renee Spence_____
*One of Plaintiffs' Attorneys*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF MARYLAND

KENNETH MCPHERSON AND    )
ERIC SIMMONS    )
    )    Case No. 20-CV-00795-SAG
    Plaintiff,    )
    )    Hon. STEPHANIE GALLAGHER
    v.    )    District Judge
    )
BALTIMORE POLICE DEPARTMENT,    )    JURY TRIAL DEMANDED
*et al.*,    )

    Defendants.

## **PROPOSED ORDER**

Upon a motion by Plaintiffs, Kenneth McPherson and Eric Simmons, this Court hereby

grants Plaintiffs Joint Motion to Amend the Scheduling Order.


Date: _____

Signature: _____
    Hon. Stephanie Gallagher