# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Kenneth McPherson, et al.<br>Plaintiffs, | * |
| | * |
| v. | Civil Case No. SAG-20-795 |
| | * |
| Baltimore Police Department, et al.<br>Defendants. | * |

\* \* \* \* \*

## ORDER

This Court has reviewed the discovery dispute pending before it. ECF 80, 81, 82. The parties are ORDERED to meet and confer via videoconference on or before September 22, 2022, and to record the conference for this Court's review if necessary. During the meet and confer, the parties are directed to make a good faith effort to resolve the disputed issue without Court involvement. The parties should file a joint statement, **on or before September 23, 2022**, describing the results of the meet and confer and specifying any remaining issues that this Court must resolve.

SO ORDERED this 20th day of September, 2022.

/s/
Stephanie A. Gallagher
United States District Judge