IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH MCPHERSON AND ERIC SIMMONS,  Plaintiffs, | ) ) ) ) ) ) |
| v. | )   20-CV-795-SAG ) |
| BALTIMORE POLICE DEPARTMENT, et al.,  Defendants. | ) ) ) ) ) |

## OFFICER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants Robert Patton and Frank Barlow ("Officer Defendants"), by and through their undersigned attorneys, move this Honorable Court pursuant to Fed. R. Civ. P. 56 for summary judgment, and for reasons stated in the accompanying Memorandum of Law.

DATED: February 15, 2023

Respectfully submitted,

_____/s/_____
Shneur Nathan, Bar No. 20707
Avi T. Kamionski, Bar No. 20703
Judson Arnold, Bar No. 21296
Michael J. Elliker, Bar No. 20810
Alexander S. Rothstein, Bar No. 23228
Nathan & Kamionski LLP
575 S. Charles St., Suite 402
Baltimore, MD 21201
Phone: (410) 885-4349
Fax: (952) 658-3011
snathan@nklawllp.com
akamionski@nklawllp.com
jarnold@nklawllp.com
melliker@nklawllp.com
arothstein@nklawllp.com

*Counsel for Officer Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, I caused the foregoing document to be electronically filed with the Court's CM/ECF system, which will send an electronic copy of the same to all counsel of record.

*/s/ Judson Arnold*