IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KENNETH MCPHERSON,** *et al.*, | * |
| **Plaintiffs,** | * |
| v. | *   Civil Case No. SAG-20-0795 |
| **BALTIMORE POLICE DEPARTMENT,** *et al.*, | * |
| **Defendants.** | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 3rd day of August, 2023, ORDERED that Officer Defendants' Motion for Summary Judgment, ECF 92, is GRANTED, and judgment will be entered in favor of Defendants Frank Barlow and Robert Patton. Chambers will be in contact with the parties to set a teleconference to discuss the case's status.

The accompanying memorandum opinion will be filed under a temporary, two-week seal. If the parties believe there is information that needs to be redacted before public filing, they should confer and submit a proposed redacted version on or before August 16, 2023.

/s/
Stephanie A. Gallagher
United States District Judge